IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-2176-AP

FELICIA M. PEREZ OBO ASHTON J. MEDINA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

LARRY R. DAVES
Colorado Legal Services, Inc.

Mailing Address:
P.O. Box 1026
La Junta, CO 81050

Street Address:
207 ½ Colorado Ave.
La Junta, CO 81050

719-384-5438
719-384-8676 (facsimile)
ldaves@pcisys.net

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Fax: (303) 844-0770
stephanie.fishkin.kiley@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

  A.    Date Complaint Was Filed: **October 8, 2008**
  B.    Date Complaint Was Served on U.S. Attorney's Office: **October 10, 2008**
  C.    Date Answer and Administrative Record Were Filed: **December 18, 2008**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state to the best of their knowledge that there are no other matters.

**8.     BRIEFING SCHEDULE**

  A.    Plaintiff's Opening Brief Due: **February 26, 2009**
  B.    Defendant's Response Brief Due: **March 28, 2009**
  C.    Plaintiff's Reply Brief Due: **April 13, 2009**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. Plaintiff does not request oral argument.

    B. Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 11th day of February, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Larry R. Daves<br>LARRY R. DAVES<br>Colorado Legal Services, Inc.<br><br>Mailing Address:<br>P.O. Box 1026<br>La Junta, CO 81050<br><br>Street Address:<br>207 ½ Colorado Ave.<br>La Junta, CO 81050<br><br>719-384-5438<br>719-384-8676 (facsimile)<br>ldaves@pcisys.net<br><br>Attorney for Plaintiff | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0815<br>Fax: (303) 844-0770<br>stephanie.fishkin.kiley@ssa.gov<br><br>Attorneys for Defendant |